IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MEKHI LAWTON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 1:24-CV-458-RAH-CSC |
| HOUSTON COUNTY JAIL, | ) ) ) |
| Defendant. | ) |

**O R D E R**

On October 9, 2024, the Magistrate Judge entered a Recommendation to which no timely objections have been filed. (Doc. 11.) Upon an independent review of the record and upon consideration of the Recommendation, it is hereby ORDERED that the Recommendation is ADOPTED, and this case is DISMISSED without prejudice. Any pending motions are terminated.

Final judgment will be entered separately.

DONE, on this the 12th day of November 2024.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE